JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ELWYN ROBINSON,<br><br>                        Plaintiff,<br><br>      v.<br><br>PPG INDUSTRIES, INC., et al.,<br><br>               Defendants. | Case №: 2:19-cv-04033-ODW (RAOx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant PPG Industries, Inc.'s Motion for Summary Judgment, (ECF No. 68), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

///
///
///
///
///
///
///
///
///
///



1.  Defendant PPG Industries, Inc. shall have **JUDGMENT** in its favor.

2.  Plaintiff Elwyn Robinson shall take nothing from Defendant.

3.  Plaintiff's Complaint is **DISMISSED ON THE MERITS and WITH PREJUDICE**.

This Order shall constitute the **FINAL JUDGMENT** of the Court.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

December 10, 2021

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**