UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:19-cv-04033-ODW (RAOx) | Date | March 12, 2024 |
|---|---|---|---|
| Title | *Elwyn Robinson v. PPG Industries, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**                 **In Chambers**

      Plaintiff has indicated that he intends to file ten motions in limine. (*See* Proposed Pre-Trial Conference Order 28–31, ECF No. 87-1.) In advance of the March 11, 2024 deadline for filing motions in limine, (*see* Min. Order, ECF No. 83), Plaintiff has filed seven motions, (*see* Motions in Limine, ECF Nos. 106, 107, 108, 109, 110, 111, 112.)

      Plaintiff is reminded of the Court rules, which state, "**Neither party may file more than five (5) Motions in Limine absent leave of Court upon a showing of good cause, and leave of Court will be granted sparingly.**" (Scheduling and Case Management Order 10, ECF No. 24 (emphasis in original).) The Court further reminds the Plaintiff that "[b]efore filing any motion in limine, counsel for the parties shall confer pursuant to Local Rule 7-3 in a good faith effort to eliminate the necessity for hearing the motion in limine or to eliminate as many of the disputes as possible. It shall be the responsibility of counsel for the moving party to arrange for this conference." (*Id.* at 9.)

      The Court **ORDERS** Plaintiff **TO SHOW CAUSE**, in writing only, to be received by the Court no later than **March 14, 2024**, indicating (1) with which five motions in limine Plaintiff intends to proceed, and (2) the efforts Plaintiff undertook to comply with Local Rule 7-3.

      **IT IS SO ORDERED.**

                                                                                  :    00

                                               Initials of Preparer     SE